UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF VERMONT

HENRY L. POITRAS,                        )
                                         )
                Plaintiff,               )
                                         )
        v.                               )    Case No. 2:26-cv-234
                                         )
CHARITY R. CLARK, IN HER OFFICIAL        )
CAPACITY AS ATTORNEY GENERAL OF          )
THE STATE OF VERMONT, AND IN HER         )
PERSONAL CAPACITY,                       )
                                         )
                Defendant.               )

**<u>ORDER OF TEMPORARY STAY</u>**

Plaintiff Henry L. Poitras ("Poitras") filed his *Motion for a Temporary Restraining Order and Preliminary Injunction* on July 8, 2026 (ECF No. 2).  He states that, contemporaneously with filing, he served copies of the motion and his complaint on the Office of the Vermont Attorney General via email and mail.  ECF No. 2 at 2.  Poitras informs the Court the defendant is "on notice of this motion."  ECF No. 2 at 24.

Poitras states that he "publishes political satire and commentary" on various social media platforms.  ECF No. 2 at 5. On June 7, 2026, he posted a video titled "Mark Helps Vermont Take Out the Trash."  The subjects of the video include Representative Becca Balint and Mark Coester (Representative Balint's "expected Republican challenger").  *Id.*  On June 12,

the Vermont Attorney General's office opened Matter No. 26-SM-101 and served Poitras with an opening letter and civil investigative demand.[1]  The civil investigative demand requires a response by June 26, 2026.  ECF No. 1-1 at 1.  Poitras states that he requested an extension of 30 days, and was granted 14.  ECF No. 2 at 8.  His response is now due on July 10, 2026 at 4:30 p.m.  *Id.*

Poitras asks that the Court "stay the response deadline" where the defendant is on notice of the motion and "will suffer no prejudice from interim relief that merely holds her own administrative deadline in abeyance."  ECF No. 2 at 24.

Pursuant to the Court's inherent authority to manage its docket, the Court hereby STAYS the deadline of July 10, 2026.  Plaintiff need not respond to the civil investigative demand until further order of this Court.  This stay preserves the status quo pending additional briefing.

So that the Court may analyze the request for a Temporary Restraining Order with the benefit of briefing from both sides, it sets the following expedited schedule:

- The defendant may file a response brief by Tuesday, July 14, 2026.

---

[1] The demand concludes with a "Statutory Notice as Required in 17 V.S.A. § 2042" that: "A person who knowingly and intentionally violates subchapter 4 of chapter 35 of Title 17 is subject to criminal prosecution."  *Id.* at 8.

- The Plaintiff may file a reply by Wednesday, July 15, 2026.

- The Court will hold a hearing on July 16, 2026 at 10:00 a.m.  Counsel is welcome to appear by video. The parties should be prepared to address the scope of the requested Temporary Restraining Order at this hearing.  The Court understands that the pressing issue requested by Poitras is a continued stay on the administrative deadline to respond to the civil investigative demand.  The parties should also be prepared to set a briefing schedule for the full motion for a preliminary injunction.

SO ORDERED.

DATED at Burlington, in the District of Vermont, this 9th day of July 2026 at 1:15 p.m.

/s/ William K. Sessions III
Hon. William K. Sessions III
U.S. District Court Judge