**UNITED STATES DISTRICT COURT**
**DISTRICT OF VERMONT**

| | |
|---|---|
| HENRY L. POITRAS,<br><br>          Plaintiff,<br><br>     v.<br><br>CHARITY CLARK, Attorney General of Vermont, in her Official and Personal Capacities,<br><br>          Defendant. | Case No. 2:26-cv-234 |

**<u>NOTICE OF APPEARANCE</u>**

Jonathan T. Rose hereby enters his appearance on behalf of Defendant Charity Clark in her official and personal capacity in the above-captioned case.

Dated: July 9, 2026

STATE OF VERMONT

CHARITY R. CLARK
ATTORNEY GENERAL

By: /s/ Jonathan T. Rose
     Jonathan T. Rose
     Solicitor General
     109 State Street
     Montpelier, VT 05609
     (802) 828-3171
     jonathan.rose@vermont.gov