**UNITED STATES DISTRICT COURT**
**DISTRICT OF VERMONT**

HENRY L. POITRAS,

      Plaintiff,

      v.

CHARITY CLARK, Attorney General of
Vermont, in her Official and Personal
Capacities,

      Defendant.

Case No. 2:26-cv-234

**STIPULATION REGARDING WITHDRAWAL OF**
**PLAINTIFF'S MOTION FOR TEMPORARY RESTRAINING ORDER**

Plaintiff Henry L. Poitras and Defendant Charity Clark, in her official capacity as the

Attorney General of Vermont, stipulate to the withdrawal of Plaintiff's pending Motion for a

Temporary Restraining Order as follows:

1.     Plaintiff hereby withdraws its pending Motion for Temporary Restraining Order,

incorporated into ECF Doc. 2.

2.     In exchange, Defendant Clark, in her official capacity, has agreed to temporarily

suspend the pending Civil Investigative Notice and Demand issued in AGO Matter No. 26-SM-

101 (CID) and any effort to enforce, act upon, or petition any court to enforce the CID or

commence any enforcement action against Plaintiff under Act 75 until the Parties have briefed,

and the Court has decided, Plaintiffs' pending Motion for Preliminary Injunction.

3.     Given this agreement, the Parties request that the Court cancel the briefing

deadlines and hearing scheduled for the week of July 14.

4.       The Parties have agreed to meet and confer on a proposed schedule regarding briefing of the pending Motion for Preliminary Injunction and will update the Court on or before July 17, 2026.


Dated: July 9, 2026

| | |
|---|---|
| /s/ Brady C. Toensing | STATE OF VERMONT |
| Brady C. Toensing | |
| TOENSING LLP | CHARITY R. CLARK |
| 1750 H Street NW, Suite 360 | ATTORNEY GENERAL |
| Washington, DC 20006 | |
| Brady@digtoe.com | By: /s/ Jonathan T. Rose |
| 202-297-4245 | Jonathan T. Rose |
| | Solicitor General |
| | 109 State Street |
| /s/ Matthew D. Hardin | Montpelier, VT 05609 |
| Matthew D. Hardin | (802) 828-3171 |
| HARDIN LAW OFFICE | jonathan.rose@vermont.gov |
| 101 Rainbow Drive #11506 | |
| Livingston, TX 77399 | |
| MatthewDHardin@gmail.com | |
| 202-802-1958 | |