NOTICE OF HEARING

# UNITED STATES DISTRICT COURT
## FOR THE
## DISTRICT OF VERMONT

Henry L. Poitras

      v.                                    Case No. 2:26-cv-234

Charity Clark

TAKE NOTICE that the above-entitled case has been scheduled at 10:00 a.m. on Thursday, July 16, 2026 in Burlington, Vermont, before the Honorable William K. Sessions III, District Judge, for a hearing on Motion for Temporary Restraining Order and Preliminary Injunction (Doc. No. 2).

Location: Courtroom 510                       JEFFREY S. EATON, Clerk
                                              By: /s/ *Lisa Wright*
                                              Deputy Clerk
                                              7/9/2026

TO:

Brady C. Toensing, Esq.
Matthew D. Hardin, Esq.

Defendant – plaintiff shall serve notice upon defendant

Court Reporter