AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No. 2:26-cv-00234

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*  Charity Clark

was received by me on *(date)*    7/9/2026    .

❒ I personally served the summons on the individual at *(place)*

_____ on *(date)* _____ ; or

❒ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)*    Carly Trider- Administrative coordinator    , who is

designated by law to accept service of process on behalf of *(name of organization)*    Vermont attorney general's office

  and Charity Clark    on *(date)*    7/9/2026    ; or

❒ I returned the summons unexecuted because _____ ; or

❒ Other *(specify):*



My fees are $    $285    for travel and $ _____ for services, for a total of $    $285    .

I declare under penalty of perjury that this information is true.

Date:    7/10/2026

*Server's signature*

Grant Goebel

*Printed name and title*

197 Pearl Street unit 207 Essex Junction Vermont 05452

*Server's address*

Additional information regarding attempted service, etc:

Caucasian
 female
thirties
 5 ft 8
135 lb
brown hair