AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of Vermont

| | |
|---|---|
| Henry Poitras<br><br>*Plaintiff(s)*<br>v.<br>Charity Clark<br><br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)  Civil Action No. 2:26-cv-234 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   Charity Clark
109 State Street
Montpelier VT 05609

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Brady C. Toensing
TOENSING LLP
1775 Eye Street NW, Suite 1150
Washington, DC 20006

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*JEFFREY S. EATON*
*CLERK OF COURT*

Date:        07/08/2026

*Lisa Wright*

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No. 2:26-cv-00234

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*  Charity Clark
was received by me on *(date)*    7/9/2026    .

❒ I personally served the summons on the individual at *(place)*
_____ on *(date)* _____ ; or

❒ I left the summons at the individual's residence or usual place of abode with *(name)*
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)*    Carly Trider- Administrative coordinator    , who is
designated by law to accept service of process on behalf of *(name of organization)*    Vermont attorney general's office
and Charity Clark    on *(date)*    7/9/2026    ; or

❒ I returned the summons unexecuted because _____ ; or

❒ Other *(specify):*


My fees are $    $285    for travel and $ _____ for services, for a total of $    $285    .

I declare under penalty of perjury that this information is true.

Date:    7/10/2026

_____
*Server's signature*
Grant Goebel

_____
*Printed name and title*


197 Pearl Street unit 207 Essex Junction Vermont 05452
*Server's address*

Additional information regarding attempted service, etc:

Caucasian
female
thirties
5 ft 8
135 lb
brown hair