**UNITED STATES DISTRICT COURT**
**DISTRICT OF VERMONT**

HENRY L. POITRAS,

      Plaintiff,

    v.

CHARITY CLARK, Attorney General of
Vermont, in her Official and Personal
Capacities,

      Defendant.

Case No. 2:26-cv-234

## NOTICE OF APPEARANCE

    Samuel B. Stratton hereby enters his appearance on behalf of Defendant Charity Clark

in her official and personal capacity in the above-captioned case.


Dated: July 13, 2026

STATE OF VERMONT

CHARITY R. CLARK
ATTORNEY GENERAL

By: */s/ Samuel B. Stratton*
    Samuel B. Stratton
    Assistant Attorney General
    109 State Street
    Montpelier, VT 05609
    (802) 828-3171
    sam.stratton@vermont.gov