**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF VERMONT**

HENRY L. POITRAS,

Plaintiff,

v.

CHARITY CLARK, Attorney General of
Vermont, in her Official and
Personal Capacities,

Defendant.

Case No. 2:26-cv-234

## STIPULATED MOTION TO SET BRIEFING SCHEDULE

Plaintiff Henry L. Poitras and Defendant Charity Clark, in her official capacity as the

Attorney General of Vermont, jointly move for the adoption of the following briefing schedule:

- Defendant shall file her responsive pleading or motion to dismiss on or before

  July 30, 2026.

- Defendant shall file her response in opposition to Plaintiff's motion for

  preliminary injunction on or before August 6, 2026.

- Plaintiff shall file any reply in support of his motion for preliminary injunction on

  or before August 20, 2026.

- The Parties respectfully request that the Court schedule a hearing on Plaintiff's

  preliminary injunction motion during the week of August 24, 2026.

The Parties respectfully request that the Court enter an order setting this schedule.

Dated: July 17, 2026

|  |  |
|---|---|
| */s/ Brady C. Toensing* | STATE OF VERMONT |
| Brady C. Toensing | |
| TOENSING LLP | CHARITY R. CLARK |
| 1750 H Street NW, Suite 360 | ATTORNEY GENERAL |
| Washington, DC 20006 | |
| Brady@digtoe.com | By: */s/ Samuel B. Stratton* |
| 202-297-4245 | Samuel B. Stratton |
| | Assistant Attorney General |
| */s/ Matthew D. Hardin* | 109 State Street |
| Matthew D. Hardin | Montpelier, VT 05609 |
| HARDIN LAW OFFICE | (802) 828-3171 |
| 101 Rainbow Drive #11506 | sam.stratton@vermont.gov |
| Livingston, TX 77399 | |
| MatthewDHardin@gmail.com | *Counsel for Defendant* |
| 202-802-1958 | |
| | |
| *Counsel for Plaintiff* | |

2