NOTICE OF HEARING

---

# UNITED STATES DISTRICT COURT
### FOR THE
### DISTRICT OF VERMONT

Henry L. Poitras

     v.                                  Case No. 2:26-cv-234

Charity Clark

TAKE NOTICE that the above-entitled case has been scheduled at 01:30 p.m. on Monday, August 24, 2026 in Burlington, Vermont, before the Honorable William K. Sessions III, District Judge, for a hearing on Motion for Preliminary Injunction (Doc. No. 2).

Location: Courtroom 510                             JEFFREY S. EATON, Clerk

                                            By: */s/ Lisa Wright*
                                            Deputy Clerk
                                            7/20/2026

TO:

Brady C. Toensing, Esq.
Matthew D. Hardin, Esq.

Jonathan T. Rose, Esq.
Samuel B. Stratton, Esq.

Court Reporter