**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF VERMONT**

HENRY L. POITRAS,

Plaintiff,

v.

CHARITY CLARK, Attorney General of
Vermont, in her Official and
Personal Capacities,

Defendant.

Case No. 2:26-cv-234

## DEFENDANT'S STIPULATED MOTION TO EXCEED PAGE LIMIT

Defendant Charity Clark, in her official capacity as Vermont Attorney General, moves to exceed the page limit for her Response in Opposition to Plaintiff's Motion for Preliminary Injunction by 10 pages, from 15 pages to 25 pages. In support, Defendant states as follows:

1. Pursuant to Local Rule 7(a)(4)(B), a memorandum supporting or opposing a non-dispositive motion must not exceed 15 pages, excluding exhibits and attachments.

2. On July 8, 2026, Plaintiff filed a Motion for a Temporary Restraining Order and Preliminary Injunction (ECF No. 2).

3. That same day, Plaintiff filed a motion to exceed the page limit for his Memorandum in Support of Motion for a Temporary Restraining Order and Preliminary Injunction, explaining that the Memorandum "address[ed] several distinct constitutional grounds." Pl's Mot. to Exceed (ECF No. 3). The Court has yet to act on Plaintiff's motion to exceed the page limit.

4. On July 9, 2026, Plaintiff withdrew his request for a temporary restraining order pursuant to a stipulation in which Defendant agreed to temporarily suspend the existing Civil

1

Investigative Demand regarding Plaintiff's suspected violations of Vermont's synthetic media disclosure law. *See* Stipulation (ECF No. 9). Plaintiff's motion for Preliminary Injunction remains pending.

5.    Good cause supports Defendant's motion to exceed the page limit. Plaintiff's preliminary injunction motion raises multiple complex and novel statutory and constitutional issues. To adequately address those issues, Defendant now requests a page limit increase of 10 pages to align with the 25-page memorandum Plaintiff filed.

6.    Pursuant to Local Rule 7(a)(7), undersigned counsel certifies that he conferred with Plaintiff's counsel, who indicated that Plaintiff consents to the requested relief.

Therefore, Defendant respectfully requests that the Court enlarge the page limit for her Response in Opposition to Plaintiff's Motion for Preliminary Injunction by 10 pages, from 15 pages to 25 pages.


        DATED August 3, 2026

                                        STATE OF VERMONT

                                        CHARITY R. CLARK
                                        ATTORNEY GENERAL


                              By:    */s/ Samuel B. Stratton*
                                     SAMUEL B. STRATTON
                                     *Assistant Attorney General*
                                     Office of the Attorney General
                                     109 State Street
                                     Montpelier, VT 05609-1001
                                     (802) 828-3178
                                     sam.stratton@vermont.gov