**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF VERMONT**

HENRY L. POITRAS,

     *Plaintiff*,

    v.

CHARITY CLARK, Attorney General of Vermont,
in her official and personal capacities, and
LESLIE A. WELTS, Assistant Attorney General
of Vermont, in her official and personal
capacities,

     *Defendants*.

**Case No. 2:26-cv-00234-wks**

**STIPULATION REGARDING MOTION TO DISMISS
AND WAIVER OF SERVICE**

Plaintiff Henry L. Poitras and Defendants Charity Clark and Leslie A. Welts, through their undersigned counsel, stipulate as follows:

1.  Defendant Charity Clark's Motion to Dismiss (ECF No. 17) shall be treated as moot. Defendants will file renewed pleadings or motions as to the First Amended Complaint.

2.  Service of the summons and First Amended Complaint upon Defendant Leslie A. Welts is waived.

3.  Defendants' responsive pleadings or motions shall be filed on or before September 4, 2026.

4.  For purposes of briefing and arguing the Plaintiff's Motion for Preliminary Injunction (ECF No. 2), the parties agree to rely only upon the allegations in the

1

original Complaint (ECF No. 1) and to disregard any allegations that appear for the first time in the Amended Complaint (ECF No. 23)

Dated: August 11, 2026

**TOENSING, LLP**

By: /s/ Brady C. Toensing
Brady C. Toensing
1750 H Street NW, Suite 360
Washington, DC 20006
Phone: (202) 297-4245
Email: Brady@digtoe.com
*Attorney for Plaintiff*

**HARDIN LAW OFFICE**

By: /s/ Matthew D. Hardin
Matthew D. Hardin
101 Rainbow Drive # 11506
Livingston, TX 77399
Phone: (202) 802-1948
Email: Matt@MatthewHardin.com
*Attorney for Plaintiff*

**STATE OF VERMONT**
**CHARITY R. CLARK**
**ATTORNEY GENERAL**

By: /s/ Jonathan T. Rose
Jonathan T. Rose
Solicitor General
109 State Street
Montpelier, VT 05609
Phone: (802) 828-3171
Email: jonathan.rose@vermont.gov
*Attorney for Defendants*

By: /s/ Samuel B. Stratton
Samuel B. Stratton
Assistant Attorney General
109 State Street
Montpelier, VT 05609
Phone: (802) 828-3171
Email: sam.stratton@vermont.gov
*Attorney for Defendants*